UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 18-00805-CJC(JDEx)　　　　　　　　　　Date: July 16, 2018

Title: <u>PEOPLE FOR THE ETHICAL OPERATION OF PROSECUTORS AND LAW ENFORCEMENT, *ET AL*., V. ANTHONY J. RACKAUCKAS, *ET AL*.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Melissa Kunig</u> | <u>　　N/A　　</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER ADVANCING HEARING ON PENDING MOTIONS**

　　　A hearing on Plaintiffs' motion to remand and Defendants' motion to dismiss is currently set for July 23, 2018, at 1:30 p.m. In light of the Court's calendar, the hearing on Plaintiffs' and Defendants' motions is hereby **ADVANCED to July 23, 2018, at 11:00 a.m.**

aa

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk MKU